*Monday, July 17, 1995*
## MOTION DOCKET

**95–922.** Cincinnati Bell Tel. Co. v. Pub. Util. Comm. In Mandamus and Prohibition.

On motion for leave to intervene by Time Warner Communications of Ohio, L.P. and Time Warner AXS. Motion granted.

On motion for leave to intervene by MCI Metro Access Transmission Services, Inc. Motion denied. MOYER, C.J., and PFEIFER, J., dissent.